# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MING ZHANG,<br><br>  Defendant. | Case No. 14-cv-02021-BLF<br><br>**ORDER REQUESTING STATUS UPDATE** |

Pursuant to the scheduling order issued on May 2, 2014, the parties were to complete the joint inspection of the premises on or before August 15, 2014, and the last day to file a Notice of Need for Mediation was forty-two days after the joint inspection. Nothing has been filed in this case since Defendant answered on June 18, 2014. The parties shall file a joint status update regarding this case on or before December 16, 2014.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
BETH LABSON FREEMAN
United States District Judge