UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MING ZHANG; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:14-CV-2021-BLF<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
HONORABLE BETH LABSON FREEMAN
United States District Court Judge