UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MING ZHANG; and Does 1-10,<br><br>    Defendants, | Case: 5:14-CV-2021-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____    _____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal        Case: 5:14-CV-2021-BLF